### EMANUEL *et al. v.* THE STATE.

SIMMONS, C. J.    No error of law is complained of, and the evidence was sufficient to authorize the verdict.

> *Judgment affirmed.    All the Justices concurring.*

Submitted March 20, — Decided April 17, 1899.

Indictment for arson.    Before Judge Littlejohn.    Sumter superior court.    November term, 1898.

*J. R. Williams*, for plaintiff in error.
*F. A. Hooper, solicitor-general*, contra.